JOHN H. BRINK BAR NO. 28018
KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. ACV 09-01794 |
| Plaintiff, ) | CONSENT JUDGMENT |
| v. ) | |
| CONRAD COLLIER, ) | |
| Defendant. ) | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, CONRAD COLLIER, in the total amount of $2,280.21.

Dated: APRIL 9, 2009

TERRY NAFISI, CLERK
SHERRI R. CARTER, CLERK
United States District Court
Central District of California

A. KANNIKE
By: Deputy Clerk

1